IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



CHARLES ODELL WILLIAMS,

    Petitioner,

v.                            Civil Action No. 3:15CV677

ERIC D. WILSON,

    Respondent.

**MEMORANDUM OPINION**

Charles Odell Williams, a federal inmate proceeding pro se, submitted this Petition for a Writ of Habeas Corpus ("§ 2241 Petition," ECF No. 1.) On September 30, 2016, the Magistrate Judge recommended that the Court dismissed the § 2241 Petition for want of jurisdiction. The Court advised Williams that he could file objections within fourteen (14) days of the date of entry of the Report and Recommendation. Williams has not responded.

"The magistrate makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court." Estrada v. Witkowski, 816 F. Supp. 408, 410 (D.S.C. 1993) (citing Mathews v. Weber, 423 U.S. 261, 270-71 (1976)). This Court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). "The

filing of objections to a magistrate's report enables the district judge to focus attention on those issues—factual and legal—that are at the heart of the parties' dispute." Thomas v. Arn, 474 U.S. 140, 147 (1985). In the absence of a specific written objection, this Court may adopt a magistrate judge's recommendation without conducting a de novo review. See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 316 (4th Cir. 2005).

There being no objections, and the Court having determined that the Report and Recommendation is correct on its merits, the Report and Recommendation will be accepted and adopted. The § 2241 Petition will be dismissed for lack of jurisdiction. The action will be dismissed.

The Clerk is directed to send a copy of this Memorandum Opinion to Williams.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: November 9, 2016