

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHARLES ODELL WILLIAMS,

    Petitioner,

v.                              Civil Action No. 3:15CV677

ERIC D. WILSON,

    Respondent.

## FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Report and Recommendation is accepted and adopted;

2. The § 2241 Petition is dismissed for want of jurisdiction; and,

3. The action is dismissed.

Should Williams desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is directed to send the Final Order to Williams.

It is so ORDERED.

                                                      /s/ REP
                                         Robert E. Payne

Richmond, Virginia          Senior United States District Judge
Date: November 9, 2016